# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   TODD A. LUNDIN                                              Case Number: 07-70132
         5010 GREGWOOD PLACE              SSN-xxx-xx-9138
         ROCKFORD, IL  61108

                                                          Case filed on:         1/20/2007
                                                          Plan Confirmed on:      5/4/2007
                              D Dismissed

Total funds received and disbursed pursuant to the plan: $18,067.82          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 12,418.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 12,418.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 1,700.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,700.00 | 0.00 |
| 002 | CODILIS & ASSOCIATES, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ATLANTIC CREDIT & FINANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 1,142.16 | 1,142.16 | 259.32 | 0.00 |
|  | Total Priority | 1,142.16 | 1,142.16 | 259.32 | 0.00 |
| 999 | TODD A. LUNDIN | 0.00 | 0.00 | 726.94 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 726.94 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS INC | 8,310.54 | 1,855.25 | 1,855.25 | 0.00 |
|  | Total Secured | 8,310.54 | 1,855.25 | 1,855.25 | 0.00 |
| 005 | UNION PLUS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 8,006.54 | 8,006.54 | 0.00 | 0.00 |
| 008 | OKEYMA LUNDIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,006.54 | 8,006.54 | 0.00 | 0.00 |
|  | Grand Total: | 20,459.24 | 14,003.95 | 16,959.51 | 0.00 |

Total Paid Claimant:      $16,959.51
Trustee Allowance:        $1,108.31           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00      discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

        Report Dated:

                                                   /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee

        This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

        Dated at Rockford, IL  on 10/30/2008              By  /s/Heather M. Fagan